Accordingly, for the reasons expressed above, I dissent.

FLAHERTY, C.J., joins this dissenting opinion.

■

**PENNSYLVANIA STATE LODGE, FRATERNAL ORDER OF POLICE, a Pennsylvania non-profit corporation, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, and DEPARTMENT OF LABOR AND INDUSTRY, Appellee.**

Supreme Court of Pennsylvania.

Feb. 25, 1998.

**ORDER**

PER CURIAM:

Order of the Commonwealth Court entered April 8, 1997 is AFFIRMED.

■

**Roger BUEHL, Appellant,**

v.

**Martin HORN, Commissioner, of the Department of Corrections et al., Appellees.**

Supreme Court of Pennsylvania.

Feb. 25, 1998.

***ORDER***

PER CURIAM:

AND NOW, this 25th day of February, 1998, the Motion for Oral Argument is denied and the Order of the Commonwealth Court is affirmed. *See Feigley v. Jeffes,* 104 Pa. Cmwlth. 540, 522 A.2d 179 (1987).